UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CV-00514

| | |
|---|---|
| ALAN HIDALGO-LOBO | ) |
| | ) |
|     Plaintiff | ) |
| v. | ) |
| | ) |
| HOMEFIX CUSTOM REMODELING | ) |
| CORPORATION f/k/a HOMEFIX | ) |
| CORPORATION, | ) |
| | ) |
|     Defendant | ) |
| | ) |

## ORDER APPROVING SETTLEMENT

UPON CONSIDERATION of the Plaintiff's Consent Motion for Approval of FLSA Settlement, the Motion is GRANTED as follows:

(1) the Parties' proposed Settlement is approved, including the payment to Plaintiff, the release of claims, and payment of attorneys' fees and costs as set forth therein; and

(2) the action is dismissed in its entirety with prejudice.

IT IS SO ORDERED

Signed: April 28, 2021

Max O. Cogburn Jr.
United States District Judge